UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Wayne J. Jewell</u>

              v.                            Civil No. 10-cv-466-SM

<u>US Department of Veteran Affairs, et al</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 23, 2011, for the reasons set forth therein. As the plaintiff's complaint is premature, it is dismissed without prejudice.

      SO ORDERED.

March 16, 2011

                                                    Steven J. McAuliffe
                                                    Chief Judge

cc:    Wayne J. Jewell, pro se